ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**ASM AMERICA, INC.,
Plaintiff/Counterclaim
Defendant–Appellant,**

and

**Arthur Sherman, Plaintiff–Appellant,**

and

**ASM International, N.V., Counterclaim
Defendant,**

v.

**Genus, Inc.,
Defendant/Counterclaimant–Appellee.**

**Nos. 04–1211, 04–1240.**

United States Court of Appeals,
Federal Circuit.

March 5, 2004.

ORDER

Order Vacated, See 2004 WL 635216.

The parties having so agreed, it is

**Ruben PEREZ, Petitioner,**

v.

**DEPARTMENT OF THE
NAVY, Respondent.**

**No. 04–3065.**

United States Court of Appeals,
Federal Circuit.

March 8, 2004.

ON MOTION

*ORDER*

Upon consideration of Ruben Perez's unopposed motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.